**In re CONVENT GUARDIAN CORP., Debtor.**

**In re Sidney N. WENIGER, Wengroup Equities Corp., Schoolhouse Apartments, Inc., Reservoir Terrace Corp., Wengroup Development Corp., and Schuylkill Guardian Corp., Debtors.**

**KINNEY SYSTEMS, INC., Plaintiff,**

v.

**INTERMET REALTY PARTNERSHIP et al., Defendants.**

Bankruptcy No. 87 B 2166.
Adv. Nos. 87–0244S, 87–0245S.
Civ. A. Nos. 971, 2257 and 4387.

United States Bankruptcy Court,
E.D. Pennsylvania.

April 27, 1987.

ORDER

DAVID A. SCHOLL, Bankruptcy Judge.

AND NOW, this 27th day of April, 1987, having noted that the caption of our Order of April 24, 1987, excluded reference to the above two adversarial proceedings, it is hereby

ORDERED that our Order of April 24, 1987, 75 B.R. 346, shall be entered in those proceedings to dispose of the similar Motions in those proceedings and copies of this Order, plus our Order of April 24, 1987, shall be noted on the docket and placed in the record of those proceedings.